[No. 39074-4-II.  Division Two.  August 5, 2010.]

*In the Matter of the Marriage of* JONI HONG, *Respondent,* and JERRY HONG, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 06-3-03419-7, Beverly G. Grant, J., entered February 27, 2009. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Bridgewater and Armstrong, JJ.

[No. 39216-0-II.  Division Two.  August 5, 2010.]

THE STATE OF WASHINGTON, *Respondent,* v. SALVADOR GOMEZ REBOLLAR, *Appellant.*

Appeal from a judgment of the Superior Court for Thurston County, No. 09-1-00014-3, Richard D. Hicks, J., entered April 23, 2009. *Affirmed* by unpublished opinion per Van Deren, J., concurred in by Bridgewater and Hunt, JJ.

[No. 39278-0-II.  Division Two.  August 5, 2010.]

THE STATE OF WASHINGTON, *Respondent,* v. JONATHAN MCKINNEY, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 08-1-04728-0, Rosanne Buckner, J., entered May 8, 2009. *Affirmed* by unpublished opinion per Penoyar, C.J., concurred in by Bridgewater and Quinn-Brintnall, JJ.

[No. 39551-7-II.  Division Two.  August 5, 2010.]

GEORGE E. ZELKO, *Appellant,* v. JOHN P. STRADER ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 08-2-01227-2, James E. Warme, J., entered June 23, 2009. *Reversed* and *remanded with instructions* by unpublished opinion per Bridgewater, J., concurred in by Hunt and Van Deren, JJ.